IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 1:14mc3680-MHT |
| | ) | (WO) |
| BULLOCK SCOTT RESTAURANT GROUP, | ) | |
| Huntsville, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| TAMESHIA BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that plaintiff United States of America's motion to dismiss the writ of garnishment (doc. no. 6) is granted, the writ of garnishment previously issued to garnishee Bullock Scott Restaurant Group (doc. no. 2) is dismissed, and garnishee Bullock Scott Restaurant Group shall not withhold any further wages from defendant Tameshia Bryant.

This case remains closed.

DONE, this the 4th day of March, 2019.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**